FILED
DEC - 5 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 3:07CR310-WKW |
| SHARON HIGGINS ) | [18 USC 1711] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From on or about the 1st day of May, 2005, though on or about the 2nd day of May, 2007, in Graham, Alabama, within the Middle District of Alabama,

SHARON HIGGINS,

defendant herein, then being the Postmaster at the Graham, Alabama, Post Office, converted to her own use, money and property which came into her hands and under her control in the execution of her office, employment and service, said property being a total of approximately $5,181.28 of the stamp stock of the Graham, Alabama, Post Office, in violation of Title 18, United States Code, Section 1711.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney