IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )  CASE NO: 3:07-CR-310-WKW |
| | ) |
| **SHARON HIGGINS** | ) |

**UNOPPOSED MOTION TO CONTINUE**

**NOW COMES** the Defendant, **Sharon Higgins,** by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161(h) respectfully moves this Court to move this matter from the March 10, 2008 trial docket. In support of this motion, Mrs. Higgins would show that such continuance will serve the ends of justice, in that failure to grant a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation and plea negotiations, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

In further support of this Motion, Defendant would also show:

1.  Counsel for the government has authorized undersigned counsel to state that the government does not oppose this motion.

2.  This scheduling is necessary to give defense counsel and government counsel additional time to negotiate a plea agreement.

3.  Trial is not expected in this case.

**WHEREFORE**, the Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Sharon Higgins
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Sharon Higgins
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org