IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:07-CR-310-WKW** |
| | ) | |
| **SHARON HIGGINS** | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, **Sharon Higgins,** by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161 (h)(1)(I); (h)(8)(B)(I); and 3161 (h)(8)(B)(ii) and respectfully moves this Court to move this matter from the July 21, 2008-trial docket to the September 15, 2008-trial docket in Opelika, AL. In support of this motion, Mrs. Higgins would show that such continuance will serve the ends of justice, in that failure to grant a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation and plea negotiations, taking into account the exercise of due diligence.

In further support of this Motion, Defendant would also show:

1. Trial is not expected in this case.

2. Undersigned counsel and government counsel are presently engaged in good faith negotiations, and it is anticipated that this case will be resolved.

3. These negotiations cannot be complete before the presently scheduled trial date on July 21, 2008.[1]

4. It is therefore in the interest of justice and judicial economy to allow the parties

---

[1] The absence of both undersigned counsel and government has hindered counsel's ability to finalize the plea agreement. Specifically, undersigned counsel had to travel out of the district to arrange and attend the funeral services for a member of her immediate family and to attend an administrative training conference in Washington, D.C.

additional time to complete negotiations, and allow the court adequate time to consider the negotiated plea agreement.

5. Counsel for the government does <u>not</u> oppose this motion.

6. Requests for a continuance of trial are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161 (h)(1)(I); (h)(8)(B)(I); and 3161(h)(8)(B)(ii), it is in the interest of justice and within the discretion of the trial court to continue trial to allow the parties and the court sufficient time to complete and review a proposed plea agreement.

**WHEREFORE**, the Defendant respectfully requests that this Motion be granted

Respectfully submitted,

<u>s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Sharon Higgins
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Sharon Higgins
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099
    FAX:  (334) 834-0353
    E-Mail: Christine_Freeman@fd.org