IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:07-CR-310-WKW |
| | ) | |
| SHARON HIGGINS | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the defendant, Sharon Higgins, by and through undersigned counsel, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Defendant waives her right to plea in front of a district judge and consents to do so before a magistrate judge. A plea agreement has been entered pursuant to F.R.Cr.P. 11(c)(1)(C).

Dated this 3rd day of September, 2008.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esquire, Assistant United States Attorney.

                                                                                    s/Christine A. Freeman  
                                                                                    **CHRISTINE A. FREEMAN**  
                                                                                     **TN BAR NO.: 11892**  
                                                                                     Federal Defenders  
                                                                                     Middle District of Alabama  
                                                                                     201 Monroe Street , Suite 407  
                                                                                     Montgomery, AL 36104  
                                                                                     TEL:  (334) 834-2099  
                                                                                     FAX:  (334) 834-0353  
                                                                                     E-Mail: Christine_Freeman@fd.org